CARLIE CHRISTENSEN, United States Attorney (#0633)
MATTHEW BELL, Assistant United States Attorney (#9840)
PAUL KOHLER, Assistant United States Attorney (#8224)
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: #(435)673-4765

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 2 8 2011

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **FILED UNDER SEAL** |
| Plaintiff, | # 2:11-mj-199-RTB |
| v. | FELONY COMPLAINT |
| (1) Felix ROJAS-RAMIREZ, | SEALED |
| (2) Lorenzo VILLASENOR-AGUILAR, | |
| (3) Alfredo LOZANO-BENITEZ, | |
| (4) Rodrigo ARELLANO-GURROLA, | 21 U.S.C. § 846 |
| (5) Eduardo GONZALEZ-DIAZ, | |
| (6) Paulino HERNANDEZ-BRITO (a.k.a. "Saul ARELLANO-BRITO"), | CONSPIRACY TO MANUFACTURE A CONTROLLED SUBSTANCE |
| (7) Alfonso PEREZ-SERRATO, | BY CULTIVATION |
| (8) Jorge SOTO-CEBALLOS, and | |
| (9) Eustolio SOTO-ORTIZ, | |
| Defendants, | |

Before United States Magistrate Judge Robert T. Braithwaite, in the U.S. District Court

for the District of Utah, appeared the undersigned, who, on oath deposes and says:

### COUNT I

Beginning on a date unknown, and continuing through at least July 16, 2011, in the

1

Central Division of the District of Utah,

**FELIX ROJAS-RAMIREZ,**
**LORENZO VILLASENOR-AGUILAR,**
**ALFREDO LOZANO-BENITEZ,**
**RODRIGO ARELLANO-GURROLA,**
**EDUARDO GONZALEZ-DIAZ,**
**PAULINO HERNANDEZ-BRITO (a.k.a. "Saul ARELLANO-BRITO"),**
**ALFONSO PEREZ-SERRATO,**
**JORGE SOTO-CEBALLOS, and**
**EUSTOLIO SOTO-ORTIZ,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to manufacture a controlled substance by cultivation—that is, marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, in the quantity of 1,000 or more plants— all in violation of 21 U.S.C § 846 and punishable pursuant to 21 U.S.C. § 841 (b)(1)(A).

Complainant states that this Complaint is based upon the following:

1. I am a Special Agent of the Drug Enforcement Administration (DEA) and have been so employed for over twenty years. I am charged with the enforcement of the Controlled Substance Act of the United States. I am currently assigned to St. George, Utah and, as part of my duties, I organize the investigation and eradication of outdoor marijuana gardens or "grows."

2. On June 6, 2010, defendant Felix ROJAS-RAMIREZ was arrested on state charges—including a drug-related offense—following a traffic stop in Washington County, Utah. ROJAS-RAMIREZ was the only occupant of a vehicle containing items consistent with supplies for an outdoor marijuana grow. When questioned by an Immigration and Customs Enforcement (ICE) agent and I, ROJAS-RAMIREZ admitted he had been hired to deliver supplies to a marijuana grow near the town of Central, Utah. Moreover, ROJAS-RAMIREZ led the ICE agent and me to the location where he dropped supplies.

3. Law-enforcement officers later discovered and eradicated the grow site described by ROJAS-RAMIREZ, which contained approximately 1,250 marijuana plants. ROJAS-RAMIREZ pleaded guilty to a traffic offense and, in July 2010, immigration officials removed him from the United States.

4. In the fall of 2010, a deer hunter saw a marijuana grow (separate from the grow described by ROJAS-RAMIREZ) near Veyo, Utah approximately one-half mile from a dirt road called Veyo Shoal Creek Road (also known as the General Steam Road). Other law-enforcement officers and I went to the location described by the hunter and confirmed that it was a previously-harvested marijuana grow.

5. The General Steam Road grow was located in the bottom of a large, deep, isolated canyon. Marijuana plants grew along the bottom of the canyon, running from West to East, where there are thicker areas of trees and vegetation. The South side of the canyon is steep with sparse vegetation due to a wildfire. The North side of the canyon is less steep and has more, but not heavy, vegetation. No clearly established roads or trails leading into the canyon exist. The bottom of the canyon, where the grow is located, cannot be seen from the nearby dirt road. The canyon contains no designated camping areas, historical markers, or other distinguishing features except the heavy vegetation along the canyon bottom (which is occupied by the marijuana grow).

6. In the Spring of 2011, law-enforcement officers conducted surveillance on the General Steam Road grow site and learned that at least one person had again began cultivating marijuana plants. From April to July 2011, law-enforcement personnel conducted surveillance operations and observed that the site was being tended and expanded. Officers also identified numerous vehicles traveling—often at night—on General Steam Road that appeared to be transporting supplies and people to the grow area. By July

2011, the grow stretched for approximately one-half mile in length (approximately 50 yards wide) and was estimated to include 10,000 or more marijuana plants. When conducting surveillance within the canyon, all activity observed by the officers was in or near the grow site and appeared associated with the cultivation of the marijuana grow.

7. On the evening of July 15, 2011, I observed a white Chevy Tahoe on General Steam Road that had earlier been seen in the area. I contacted the occupants, who were parked on the dirt road, and recognized one of them as Felix ROJAS-RAMIREZ. When confronted about his identity, ROJAS-RAMIREZ used an alias. I recognized the alias as the name on the registration of at least two other vehicles earlier seen on General Steam Road—one of which listed ROJAS-RAMIREZ as the previous owner.

8. Later on July 15th, another vehicle—a blue GMC Yukon—was observed near the Bluff Street Exit of Interstate-15 in St. George. The Yukon had been previously observed in the area of the General Steam Road grow. An officer initiated a traffic stop and identified the driver as Lorenzo VILLASENOR-AGUILAR. The Yukon was heavily loaded with food generally consistent with food found in outdoor marijuana grows and specifically consistent with food later found in the General Steam Road grow.

9. Also late on the night of July 15th, law enforcement officers stopped a third vehicle—a Lincoln Navigator—as it left General Steam Road. The Navigator had been observed three days earlier in the area of the General Steam Road grow late at night. Officers identified the driver as Alfredo LOZANO-BENITEZ (who is also the registered owner of the Navigator) and six adult male passengers: Rodrigo ARELLANO-GURROLA, Eduardo GONZALEZ-DIAZ, Paulino HERNANDEZ-BRITO (a.k.a. "Saul ARELLANO-BRITO"), Alfonso PEREZ-SERRATO, Jorge SOTO-CEBALLOS, and Eustolio SOTO-ORTIZ. All six passengers smelled strongly of raw marijuana.

10. In the early morning hours of July 16, 2011, officers interviewed the six passengers in the Lincoln Navigator. One explained that just prior to the traffic stop he had, in fact, left the marijuana grow after working there several days. He described the location and general layout of the grow in a manner consistent with surveillance. He estimated there were 20-30 people working in the grow.

11. On July 16, 2011, federal, state, local law-enforcement agents and I raided the General Steam Road grow during daylight hours. Officers stationed themselves at several locations around the canyon's North and South slopes. Additional officers entered the canyon from the West and East. Officers on the ground were assisted by a law-enforcement helicopter.

12. With officers in place, the helicopter flew into the canyon and (without any contact by ground officers) all suspects fled or hid--many of them moving up the North slope of the

4

canyon. Officers coordinated efforts and apprehended approximately 25 fleeing subjects in the grow or within approximately 200 yards of the grow.

13. Following the arrests, further investigation of the grow site revealed approximately six sleeping areas and two kitchen areas within 200 yards of the grow site. The volume of food located in these kitchen areas was consistent with the food supply needs of a large group of people. Officers also discovered approximately nine processing areas arranged within the grow site and along its perimeter, each being used to dry harvested marijuana.

14. Officers seized approximately 13,800 marijuana plants at the General Steam Road grow.

15. I have participated in the eradication of over thirty marijuana grows and in the seizure of thousands of marijuana plants. I inspected the marijuana plants eradicated from the General Steam Road grow and concluded—based upon their appearance and odor—that they were, in fact, marijuana plants.

DATED this 27 day of July, 2011

Bradley C. Cox
Special Agent
Drug Enforcement Administration

SUBSCRBED AND SWORN TO before me this 27 day of July, 2011

ROBERT T. BRAITHWAITE
Magistrate Judge
United States District Court

CARLIE CHRISTENSEN
United States Attorney

MATTHEW BELL
Assistant United States Attorney

5