DAVID B. BARLOW, United States Attorney (#13117)
MATTHEW L. BELL, Assistant United States Attorney (#9840)
PAUL KOHLER, Assistant United States Attorney (#8224)
ROBERT A. LUND, Assistant United States Attorney (#9579)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, UT 84770
Telephone:  (435) 634-4270

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE GUADALUPE ALANIS-BOTELLO,<br>JOSE LUIS ARREOLA-VILLA<br>CONSTANTINO CERVANTES-LOPEZ,<br>ANTONIO GARCIA-HUITRON,<br>JUAN GONZALEZ-OLVERA,<br>JOSE GUADARRAMA-OSORIO,<br>LUCAS GUADARRAMA-OSORIO,<br>GUADALUPE INARES-CERVANTES,<br>JOSE MARINTEZ-SANDOVAL,<br>JOSE SANTOS MARTINEZ-SANDOVAL,<br>NATIVIDAD MARTINEZ-SANDOVAL,<br>ARMANDO MATA-CHAVEZ,<br>RIGOBERTO MAULION-ARREOLA,<br>HUBER MELCHOR-CABRERA,<br>SERGIO PEREZ-SERRATO,<br>RAUL RAMIREZ-AGUILAR,<br>ISRAEL SALLAVEDRA-PULIDO,<br>SALVADOR VALENZUELA-ARIAS,<br>ISIDRO VARGAS-TELLEZ,<br>EUGENIO VILLA-LOPEZ,<br>HUBER AVALOS-SEGUNDO,<br>RAMIRO JOSE-QUIROZ,<br>FELIX ROJAS-RAMIREZ,<br>LORENZO VILLASENOR-AGUILAR,<br>ALFREDO LOZANO-BENITEZ, | Case No.  2:11-CR-00647 TS<br><br>FIFTH NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |

- 2 -

RODRIGO ARELLANO-GURROLA,
EDUARDO GONZALEZ-DIAZ,
PAULINO HERNANDEZ-BRITO,
ALFONSO PEREZ-SERATO,
JORGE SOTO-CEBALLOS,
EUSTOLIO SOTO-ORTIZ,

        Defendant.

_____

        The United States of America, by and through the undersigned, hereby files its notification of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

        The United States gives notice that the following is being or has been provided to counsel for the defendant:

        1.      1 CD bates stamped 00585-00613

        2.      1 DVD bates stamped 00614

        3.      1 CD bates stamped 00615

        As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c.    A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph.  Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

- 4 -

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 10th day of February, 2012.

                        DAVID B. BARLOW
                        United States Attorney



                        */s/ Matthew L. Bell*
                        _____
                        Matthew L. Bell
                        Assistant United States Attorney

CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Fifth Notification of Compliance was mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties named below, this 10th day of February, 2012.

Robert Breeze
Defense Attorney

Sam Meziani
Defense Attorney

Mary Corporon
Defense Attorney

Clayton Simms
Defense Attorney

David Finlayson
Defense Attorney

Dierdre Gorman
Defense Attorney

Julie George
Defense Attorney

Michael Langford
Defense Attorney

Rebecca Skordas
Defense Attorney

James Garrett
Defense Attorney

Robin Ljungberg
Defense Attorney

Randy Ludlow
Defense Attorney

Sharon Preston
Defense Attorney

Benjamin McMurray
Defense Attorney

Todd Utzinger
Defense Attorney

James Bradshaw
Defense Attorney

Mark Gregerson
Defense Attorney

Manny Garcia
Defense Attorney

Elizabeth Hunt
Defense Attorney

Steven Killpack
Defense Attorney

Scott Williams
Defense Attorney

Joel Kittrell
Defense Attorney

Jason Velez
Defense Attorney

Kenneth Combs
Defense Attorney


Aric Cramer
Defense Attorney

Jon Williams
Defense Attorney

- 7 -

Brenda Whiteley
Defense Attorney

Ed Wall
Defense Attorney

Steven McCaughey
Defense Attorney

John Hummel
Defense Attorney

Jeremy Delicino
Defense Attorney

*/s/ Laurie Richardson*
_____

Laurie Richardson
Legal Assistant